**Dennis J. LAROCHE, Claimant–Appellant,**

v.

**Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.**

**No. 2008–7110.**

United States Court of Appeals, Federal Circuit.

Feb. 10, 2009.

N. Albert Bacharach, Jr., N. Albert Bacharach, Jr., P.A., of Gainesville, FL, argued for claimant-appellant.

John J. Todor, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. With him on the brief were Jeanne E. Davidson, Director, and Todd M. Hughes, Deputy Director. Of counsel on the brief were David J. Barrans, Deputy Assistant General Counsel, and Jane C. Kang, Attorney, Office of the General Counsel, United States Department of Veterans Affairs, of Washington, DC.

LINN and PROST, Circuit Judges and ARTERTON, District Judge *.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered,

---

* Honorable Janet B. Arterton, United States District Court for the District of Connecticut, sitting by designation.

it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.